United States District Court
Southern District of Texas
**ENTERED**
July 21, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **NORMAN HARTFORD, Individually and for Others Similarly Situated,** | **Case No. 4:20-cv-01504** |
| **v.** | **Collective Action Pursuant To 29 U.S.C. § 216(b)** |
| **36ENERGY, LLC.** | |

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and Plaintiff's Notice of Dismissal without Prejudice, the Court hereby DISMISSES the claims of the PLAINTIFF without prejudice, with each party to pay his/its own fees and costs.

IT IS SO ORDERED ON  July 21          , 2020

_____
United States District Court Judge